

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2016

No. 04-15-00807-CR

Mark Allen **WATSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2380-CR-B
The Honorable William Old, Judge Presiding

# O R D E R

    Appellant's motion for an extension of time to file his brief is GRANTED. Appellant's brief is due on **August 1, 2016.**

_Karen Angelini_
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court